

CORAL L. WAHLEN
Official Court Reporter
COUNTY COURT AT LAW NO. 4

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/6/2018 10:32:43 AM
LISA MATZ
Clerk

DATE:      June 6, 2018

TO:        Lisa Matz
           Clerk of Court
           600 Commerce Street, Suite 200
           Dallas, TX  75202-4653

RE:        Case No. 05-18-00215-CV
           Trial Court Cause No. CC-17-03695-D

           Ruth Torres
           v.
           The Continental Apartments, All Cities Towing, Inc., City Vehicle Storage Inc.

Dear Ms. Matz:

Please be advised that I am now in correspondence with Mr. Torres, Appellant in this matter. She has requested that the trial transcript in its entirety be transcribed and filed for her appeal. Ms. Torres has also informed me that she is a pauper and cannot afford the cost. No party associated with this case has secured financial arrangements of any kind with me; therefore, no transcript has been prepared at this time regarding this appeal.

I do not see in the system a deadline by which the Reporter's Record is due. In the event the Court orders the record produced without advanced payment, I would respectfully request at least 60 days to complete it.

Sincerely,

Coral L. Wahlen, CSR
Official Court Reporter - County Court at Law No. 4
600 Commerce Street, Fifth Floor
Dallas, Texas 75202
Telephone:  (214) 653-7468
Facsimile:  (214) 653-6175